UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO.: 2:23-cv-00293-JLB-KCD

CLAUDIA PINSON, individually and
on behalf of all those similarly
situated,

    Plaintiff,

v.

HAYT, HAYT & LANDAU PL,
    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Claudia Pinson, and Defendant, Hayt, Hayt & Landau PL, ("the Parties"), by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Dismissal with Prejudice of the above-styled action. Plaintiff and Defendant shall each bear their own attorneys' fees and costs.

DATED: August 15, 2023.

| | |
|---|---|
| /s/*Thomas J. Patti* | /s/ *Ernest H. Kohlmyer, III* |
| Thomas J. Patti, Esquire | Ernest H. Kohlmyer, III, Esquire |
| Florida Bar No. 118377 | Florida Bar No. 110108 |
| tom@pzlg.legal | Skohlmyer@shepardfirm.com |
| Patti Zabaleta Law Group | Shepard, Smith, Kohlmyer & Hand, P.A. |
| 3325 Northwest 55th Street | 2300 Maitland Center Parkway, Suite 100 |
| Fort Lauderdale, Florida 33309 | Maitland, Florida 32751 |
| Telephone: 561-542-8550 | Telephone (407) 622-1772 |
| *Attorneys for Plaintiff* | Facsimile (407) 622-1884 |
| | *Attorneys for Defendant Hayt, Hayt & Landau PL* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on **August 15, 2023**, via the Clerk of Court's CM/ECF system. I further certify that the foregoing has been sent via electronic transmission to the following: Thomas Patti, Esquire, and Victor Zabaleta, Esquire at Tom@pzlg.legal and Victor@pzlg.legal (*Attorneys for Plaintiff*).

/s/ *Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III
Florida Bar No. 110108
SKohlmyer@shepardfirm.com
service@shepardfirm.com
Shepard, Smith, Kohlmyer & Hand, P.A.
2300 Maitland Center Parkway, Suite 100
Maitland, Florida 32751

Phone: (407) 622-1772
Fax: (407) 622-1884
*Attorneys for Defendant Hayt, Hayt & Landau PL*